**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DENNIS FURR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 5:21-cv-00160-C |
| ) | |
| vs. ) | |
| ) | |
| **C. R. BARD, INC. and BARD** ) | |
| **PERIPHERAL VASCULAR** ) | |
| **INCORPORATED,** ) | |
| ) | |
| **Defendants.** ) | |

### AGREED ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY

On this day, the Court considered the parties' Joint Motion for Temporary Stay (the "Joint Motion") [Dkt. 19]. Based on the Joint Motion, and the applicable authorities, the Court finds good and sufficient cause to **GRANT** the Joint Motion.

It is hereby **ORDERED** that:

(1) the case is temporarily stayed for a period of one-hundred-and-twenty-days (120) days until July 21, 2021, and any deadlines imposed by the Court, Local Rules, or Federal Rules of Civil Procedure are continued; and

(2) in the event the Parties are not successful in resolving this matter by July 21, 2021, they will meet and confer and promptly file a Joint Status Report with the Court.

If the case is not resolved by July 21. 2021, no further stay will be imposed, and a Scheduling Order will be imposed.

**IT IS SO ORDERED** this 23rd day of March 2021.

ROBIN J. CAUTHRON
United States District Judge